```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  CARMEN TAVAREZ-VARGAS,                                    :
                            Plaintiff,                      :
                                                            :    21 Civ. 9947 (LGS)
                  -against-                                 :
                                                            :         ORDER
  JUDY PREP INC.,                                           :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order at Dkt. No. 5, an initial pretrial conference was scheduled for February 2, 2022, and the parties were required to file a joint letter and proposed case management plan at least one week before the conference.

WHEREAS, Defendant was served on December 14, 2021.

WHEREAS, Defendant was required to respond to the complaint by January 4, 2022.

WHEREAS, Defendant has not appeared in this case and has not timely responded to the complaint.

WHEREAS, Plaintiff filed a letter requesting to adjourn the initial pretrial conference and seeking leave to move for default judgment.  It is hereby

**ORDERED** that the initial pretrial conference scheduled for February 2, 2022, is **ADJOURNED** to March 2, 2022, at 4:00 P.M.  If Defendant does not appear in this case, Plaintiff shall move for default judgment and file the default judgment papers by February 23, 2022, at noon.  If Defendant appears in this case, the parties shall file the joint letter and proposed case management plan by February 23, 2022, at noon.

Dated: January 27, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE