UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
CARMEN TAVAREZ-VARGAS,  :
 :
                              Plaintiff,  :        21 Civ. 9947 (LGS)
 :
         -against-          :        ORDER
 :
JUDY PREP INC.,  :
 :
                            Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated January 28, 2022, ordered Plaintiff to move for default judgment and file the default judgment papers by February 23, 2022, at noon, if Defendant does not appear in this case;

WHEREAS, Defendant has not appeared in this case;

WHEREAS, Plaintiff has only filed the Clerk's Certificate of Default.  It is hereby

**ORDERED** that Plaintiff shall move for default judgment and file the default judgment papers in accordance with the Court's Individual Rules by March 4, 2022, or the case will be dismissed.  It is further

**ORDERED** that the initial pretrial conference scheduled for March 2, 2022, is CANCELLED.

Dated: February 28, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE